Case 3:18-cr-08374-DWL   Document 139   Filed 04/20/20   Page 1 of 2

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE 5.4, 3.2(a)
(Rule Number/Section)

4-16-20

☑ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

APR 20 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____VGM_____ DEPUTY

To: The Honorable Dominic Lanza
US District for Arizona
CR-18-08374-DWL (002)

Please Respond to: KYRON TOMLINSON 06031-508
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 3007
SAN PEDRO, CA 90733

Dear Honorable Judge Lanza,

My name is Kyron Tomlinson I was sentenced by your court November 13, 2019 for unlawful importation of a firearm, I am currently serving my sentence at Terminal Island FCI in San Pedro, CA. I am a first time offender sentenced for a Low recidivism violation. The conditions inside this prison because of the Global Covid19 pandemic are quickly deteriorating, inmates are dying as we are not able to protect ourselves by following guidelines such as quarantine or maintain Social Distance my head is +/- 4 feet from my coughing neighbor. I have 4 kids and a wife, I am scared for my life as it seems everyone is getting this. I'd like to respectfully ask the court to consider converting the remainder of my sentence to home confinement so I can protect myself and my family. My family right now is struggling to make ends meet and they would benefit from a second income. I genuinly appreciate your consideration

in this matter.

Respectfully,

Kyron Tomlinson